# Exhibit 4










